John Cecil HUFF, Doc # 498690, Appellant,

v.

STATE of Florida, Appellee.

Case No. 2D15–1630

District Court of Appeal of Florida, Second District.

Opinion filed December 14, 2016

John Huff, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Gillian N. Leytham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

We affirm the postconviction court's denial of Huff's motion for postconviction relief pursuant to Florida Rule of Criminal

Procedure 3.850. In Issue VI of his pro se brief on appeal, however, Huff appears to argue that, upon revocation of his probation in case no. 12–CF–004128, the trial court imposed an illegal sentence on count one because of a scoresheet error. Huff did not preserve this issue for review. Accordingly, our affirmance is without prejudice to Huff's right to file a legally sufficient motion for relief pursuant to Florida Rule of Criminal Procedure 3.800(a).

Affirmed.

CASANUEVA, SLEET, and ROTHSTEIN–YOUAKIM, JJ., Concur.